UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **BRANDI ELIZABETH SORENSEN AND EDUARDO DELATORRE,** *Plaintiffs* | § § § § |
| **v.** | §   Case No. 1:23-CV-01267-RP § |
| **GENERAL MOTORS, LLC,** *Defendant* | § § § |

## O R D E R

Plaintiffs Brandi Elizabeth Sorensen and Eduardo Delatorre filed this action on October 18, 2023. Dkt. 1. Plaintiffs served Defendant General Motors, LLC on October 25, 2023. Dkt. 4. The District Court has granted Defendant three extensions of time to file its Answer. On January 16, 2024, the District Court ordered Defendant to file its Answer by February 14, 2023. *See* Text Order issued January 16, 2024. Defendant failed to file its Answer by the deadline.

When a party fails to timely plead or defend, it may be held in default. FED. R. CIV. P. 55(a). If a defendant is in default, the Court may require the plaintiff to move for entry of default and default judgment. W.D. Tex. Loc. R. CV-55. Accordingly, **IT IS ORDERED** that Plaintiff either (a) move for entry of default against Defendant or (b) file a status report on or before **March 18, 2024**.

**SIGNED** on March 4, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE